# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| EDDIE MICHAEL INGMAN,<br><br>Plaintiff,<br><br>FCA US LLC, a Foreign Limited Liability Company; GRIMES BUICK-GMC, INC., a Montana Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CV-17-69-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing C. Tab Turner, Esq. (Mr. Turner) to appear *pro hac vice* in this case with Dennis Conner of Conner & Marr, PLLP, Great Falls, Montana, designated as local counsel. (Doc. 15) The application of Mr. Turner appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. Turner to appear on his behalf (Doc. 15) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Turner may act as co-lead counsel;

3. Mr. Turner must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Turner.

IT IS FURTHER ORDERED:

Mr. Turner shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 11th day of September, 2017.

/s/ Brian Morris

Brian Morris
United States District Court Judge